FILED'09 SEP 23 16:33USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA

v.

CHRISTOPHER ARNOLD,

Defendant.

09-CR- 372 - BR

INDICTMENT

18 U.S.C. §§ 1030(a)(5)(A) and (a)(2)(A)

THE GRAND JURY CHARGES:

**COUNT 1**

On or about April 9, 2009, in the District of Oregon, CHRISTOPHER ARNOLD, defendant herein, did knowingly cause the transmission of a program, information, code or command via the Internet, and as a result of such conduct, intentionally caused damage without authorization, to a protected computer belonging to A-CTI/ Adaptvant, all in violation of Title 18, United States Code, Sections 1030(a)(5)(A).

**COUNT 2**

On or about April 12 and April 13, 2009, in the District of Oregon, CHRISTOPHER ARNOLD, defendant herein, did knowingly cause the transmission of a program, information, code or command via the Internet, and as a result of such conduct, intentionally caused damage without authorization, to a protected computer belonging to A-CTI/ Adaptvant, all in violation of Title 18 United States Code, Sections 1030(a)(5)(A).

## COUNT 3

On or about April 13, 2009, in the District of Oregon, CHRISTOPHER ARNOLD, defendant herein, did intentionally and without authorization access a protected computer, to wit; the computer networks belonging to A-CTI/ Adaptvant, and by virtue of such unauthorized access, gained information from a protected computer, to wit; information regarding the virtual private network belonging to A-CTI/ Adaptvant; all in violation of Title 18, United States Code, Sections 1030(a)(2)(A).

## COUNT 4

On or about April 14, 2009, in the District of Oregon, Christopher Arnold, defendant herein, did intentionally and without authorization access a protected computer, to wit; the computer networks belonging to A-CTI/ Adaptvant, and by virtue of such unauthorized access, gained information from a protected computer, to wit; information regarding the virtual private network belonging to A-CTI/ Adaptvant; all in violation of Title 18, United States Code, Sections 1030(a)(2)(A);

///

///

///

///

## COUNT 5

On or about April 15, 2009, in the District of Oregon, CHRISTOPHER ARNOLD, defendant herein, did knowingly cause the transmission of a program, information, code or command via the Internet, and as a result of such conduct, intentionally caused damage without authorization, to a protected computer belonging to A-CTI/ Adaptvant, all in violation of Title 18, United States Code, Sections 1030(a)(5)(A).

DATED this 22 day of September 2009.

A TRUE BILL:

OFFICIATING FOREPERSON

Presented by:

KENT S. ROBINSON
Acting United States Attorney

GREGORY R. NYHUS, OSB# 913841
Assistant United States Attorney